IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

REGINALD O'NEIL JONES, JR., )
)
    Movant, )
)    NO. 3:08-0189
v. )    JUDGE HAYNES
)
UNITED STATES OF AMERICA, )
)
    Respondent. )

### ORDER

The Movant has filed a motion to vacate (Docket Entry No. 2). The United States is requested to file a response to this motion, sixty (60) days from the date of entry of this Order.

It is so **ORDERED**.

**ENTERED** this the 29th day of February, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge